CAPT. CHANCE, INC., Leonard Shrimp Producers, Inc., St. Paul Fire & Marine Insurance Co., Zurich American Insurance Co., Great American Insurance Company of New York, Plaintiffs–Appellants,

v.

UNITED STATES of America, Defendant–Appellee.

No. 07–13702.

United States Court of Appeals, Eleventh Circuit.

April 30, 2008.

Carl R. Nelson, Eric Christopher Thiel, Fowler, White, Boggs, Banker P.A., Tampa, FL, for Plaintiffs–Appellants.

Bruce Allan Ross, Washington, DC, for Defendant–Appellee.

Before BIRCH and DUBINA, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

Having carefully reviewed the briefs of the parties and the record and having heard oral argument in this case, we hereby affirm the thorough and well-reasoned opinion of the district court.

**AFFIRMED.**